FORD *v.* SMITH.

62a 419
66   82

A complaint under the bastardy act may be amended.

COMPLAINT, under the bastardy act, alleging that the child was begotten in Tyngsborough, Mass. The plaintiff moves for leave to amend, by alleging that it was begotten in Hudson, in this county. The defendant moves that the complaint be dismissed.

*H. B. Atherton*, for the plaintiff.

*G. B. French*, for the defendant.

CARPENTER, J. The complaint is a civil suit, and any amendment may be made which is necessary to prevent injustice. G. L., c. 226, ss. 8, 9; Laws 1879, c. 7; *Marston* v. *Jenness*, 11 N. H. 156, 160; *Little* v. *Dickinson*, 29 N. H. 56, 60; *Stebbins* v. *Lancashire Ins. Co.*, 59 N. H. 143. The question whether the complaint is defective by reason of the allegation that the child was begotten in another jurisdiction is not considered. The motion to dismiss is denied.

*Amendment allowed.*

STANLEY, J., did not sit: the others concurred.